**Order filed August 12, 2014**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-14-00492-CV

———————

**PAUL STAMATIS, JR., AS INDEPENDENT EXECUTOR OF THE
ESTATE OF PAUL STAMATIS, DECEASED, Appellant**

**V.**

**METHODIST WILLBROOK HOSPITAL, THE METHODIST HEALTH
CARE SYSTEM, DANIEL MAO, M.D., AND NEPTUNE
EMERGENCY SERVICES, P.A., Appellees**

---

**On Appeal from the 190th District Court
Harris County, Texas
Trial Court Cause No. 2010-34910**

---

## O R D E R

The notice of appeal in this case was filed June 23, 2014. To date, the filing fee of $195.00 has not been paid. No evidence that appellant has established indigence has been filed. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $195.00 to the Clerk of this court on or before August 21, 2014. *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM